

FILED

08/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0285

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0285

MICHAEL BRADLEY BURTON,

      Petitioner,

v.

CAPTAIN TOM SEIFERT, Captain,

      Respondent,

FILED

AUG 1 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Michael Bradley Burton has filed a Petition for Writ of Habeas Corpus, claiming the length of his sentence is longer than the law allows. Pursuant to this Court's order, the Attorney General for the State of Montana has filed a response opposing the petition.

Burton was sentenced on February 24, 2009, in the Glacier County District Court for several felonies, and received two, concurrent terms of twenty years with ten years suspended for two felony theft convictions. Burton points out, correctly, that under § 45-6-301, MCA (2009), the maximum penalty for theft is not to exceed ten years in the Montana State Prison.

The State explains that Burton was also sentenced for two counts of felony burglary as part of the plea agreement, the maximum sentence for which is twenty years in the State Prison. Burton received a sentence of twenty years, with ten years suspended, for each count. All of Burton's sentences were ordered to run concurrently. The State offers that, because all of Burton's 2009 sentences were ordered to run concurrently, and because his burglary sentences are valid, the felony theft sentences have no effect on the duration of his sentence. Further, the State advises that the District Court recently revoked Burton's sentences and imposed a revocation sentence of nine years and 259 days to the Montana State Prison. The State contends Burton is not being held illegally, citing § 46-22-102, MCA ("a person may not be released on a writ of habeas corpus due to any technical defect

in commitment not affecting the person's substantial rights."), and that he cannot challenge his sentence upon revocation, pursuant to § 46-22-101(2), MCA.

This Court agrees with the State's arguments. We conclude that Burton is not held illegally and that he is not entitled to habeas corpus relief. Accordingly,

IT IS ORDERED that Burton's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Michael Bradley Burton personally.

DATED this 16th day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2